**FILED**

03/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0108

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA-24-0108

| | |
|---|---|
| PROTECT THE GALLATIN RIVER, <br><br> Plaintiff/Appellant, <br><br> v. <br><br> GALLATIN COUNTY, DEPARTMENT OF PLANNING AND COMMUNITY DEVELOPMENT, GALLATIN COUNTY COMMISSION, AND JEFF AND JIRINA PFEIEL, <br><br> Defendants/Appellees. | **ORDER GRANTING APPELLANT'S _UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Upon motion of Plaintiff/Appellant, and good cause appearing,

IT IS HEREBY ORDERED: The Plaintiff/Appellant will have up to and including May 8th, 2024 to file their opening brief in this matter.

DATED THIS _____ DAY OF MARCH, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 21 2024